NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES B. GOODMAN,**
*Plaintiff-Appellant*

**v.**

**SMART MODULAR TECHNOLOGIES, INC.,**
*Defendant-Appellee*

---

2017-1084

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:14-cv-01380, Judge Gray H. Miller.

---

## JUDGMENT

---

DAVID FINK, Fink & Johnson, Houston, TX, argued for plaintiff-appellant.

MICHAEL FRANCIS HEAFEY, Troutman Sanders LLP, San Francisco, CA, argued for defendant-appellee. Also represented by ANUP M. SHAH, Charlotte, NC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, PLAGER, and CHEN, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  October 5, 2017  | /s/ Peter R. Marksteiner |
| :---: | :---: |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |